# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PARSONS,<br><br>    Plaintiff,<br><br>    v.<br><br>KAG WEST, LLC, et al.<br><br>    Defendants. | Case No.: 1:15-cv-00538 --- JLT<br><br>ORDER TO PLAINTIFF TO FILE PROOF OF SERVICE AS TO DEFENDANT JD FOREMAN |

This matter was removed to this Court on April 8, 2015 by Defendants KAG West, LLC and The Kenan Advantage Group, Inc. (Doc. 1) By that time, Plaintiff still had not served Defendant J.D. Foreman with the summons and complaint. Id. at 2. Since this time, Plaintiff has failed to file proof service as to this defendant.

Therefore, the Court **ORDERS** that no later than **June 12, 2015**, Plaintiff **SHALL** file proof of service of the summons and complaint to Defendant J.D. Foreman.

**<u>Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the unserved defendant.</u>**

IT IS SO ORDERED.

Dated:   **April 30, 2015**              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE