# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PARSONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAG WEST, LLC, et al.<br><br>　　　　Defendants. | Case No.: 1:15-cv-00538 --- JLT<br><br>ORDER TO PLAINTIFF TO SEEK DEFAULT AS TO DEFENDANT JD FOREMAN |

On May 1, 2015, Plaintiff file proof of service of the matter as to Defendant, J.D. Foreman. (Doc. 11)  The document demonstrates that J.D. Foreman was served on March 17, 2015 via substitute service.  Id. at 1.  A copy of the documents were served by mail the next day as required by California Code of Civil Procedure 415.20.  Thus, service was effective 10 days later.  Cal. Code. Civ. P. 415.20(a).  J.D. Foreman did not appear while the matter remained in state court.  Thus, Foreman's responsive pleading was due no later than April 29, 2015. Fed. R. Civ. P. 81(c). However, Foreman has not appeared.  Therefore, the Court **ORDERS** Plaintiff to seek default as to Defendant J.D. Foreman, no later than **May 29, 2015**.

IT IS SO ORDERED.

　　Dated:   **May 12, 2015**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE