UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PARSONS,<br><br>        Plaintiff,<br><br>   v.<br><br>KAG WEST, LLC, et al.<br><br>        Defendants. | Case No.: 1:15-cv-00538 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE STATUS REPORTS<br><br>(Doc. 19) |

On June 10, 2015, the Court remanded this matter for arbitration. (Doc. 19) At that time, the Court ordered, "Every 120 days and no later than 30 days after the entry of the arbitrator's award, the parties **SHALL** file a joint statement setting forth the progress of the mediation." Id. at 3. Despite the passage of more than six months, the parties have failed to comply. Therefore, the Court **ORDERS**:

    1.    Within 21 days, the parties **SHALL** show cause in writing why the Court should not impose sanctions for their failure to comply with the Court's orders. Alternatively, within 21 days, they may file a joint status report.

IT IS SO ORDERED.

    Dated:  **December 16, 2015**                **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE