# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PARSONS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KAG WEST, LLC, et al.<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00538 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On June 10, 2015, the Court remanded this matter for arbitration and ordered periodic staus reports. (Doc. 19) However, counsel failed to submit the status report. Thus, the Court ordered the parties to show cause why sanctions should not be imposed or to file the status report. On December 31, 2015, the parties filed a joint status report in which they report that they have scheduled their mediation on April 11, 2016. (Doc. 21 at 2) Therefore, the Court **ORDERS**:

　　1.　　The order to show cause is **DISCHARGED**;

　　2.　　Counsel **SHALL** file all future status report as previously ordered. The next status report is due on May 2, 2016 or within 30 days of the arbitrator's award.

IT IS SO ORDERED.

　　Dated:　**January 4, 2016**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE